SARA M. THORPE (SBN: 146529)
sthorpe@nicolaidesllp.com
KAITLIN A. KONTYKO (SBN: 332773)
kkontyko@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
626 Wilshire Blvd., Suite 1000
Los Angeles, California 90017
Telephone:   (213) 402-1245
Facsimile:    (213) 402-1246

Attorneys for Defendant
WESCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DISCOUNT ELECTRONICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESCO INSURANCE COMPANY, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>Los Angeles County Superior Court, Case No. 22STCV05080<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT (28 U.S.C. §§ 1441 & 1446)**<br><br>**Accompanying Documents**:<br>Civil Cover Sheet; Certificate of Interested Parties; Declaration of Sara M. Thorpe<br><br>State Court Complaint filed: February 9, 2022<br><br>State Court Complaint Served: February 16, 2022<br><br>Trial Date: None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Defendant, Wesco Insurance Company ("Wesco"), by and through its attorneys of record, hereby provides notice of removal of this case from the Superior Court of the State of California, in and for the County of Los Angeles, to this Court. This removal is based on 28 U.S.C. §§ 1441(b) and 1446(b), and on the following grounds:

## JURISDICTION

1. This Court has diversity jurisdiction pursuant to 28 U.S.C. §1441(a) because it is an action between diverse parties, the defendants are not citizens of the state in which the action is pending, and the amount in controversy exceeds $75,000.

2. District courts have original jurisdiction of a civil action where the matter in controversy exceeds $75,000 and is between citizens of different states. 28 U.S.C. § 1332(a). If any defendant is a citizen of the state where the action is brought, an action may not be removed. 28 U.S.C. § 1441(b)(2).

## PLEADINGS, PROCESS, AND ORDERS

3. On or about February 9, 2022, plaintiff Discount Electronics, Inc. filed a civil action in the Superior Court of the State of California for the County of Los Angeles titled *Discount Electronics, Inc. v. Wesco Insurance Company, et al*, Case No. 22STCV05080 ("Action").

4. The Action involves denial of an insurance claim arising out of the alleged "looting" of plaintiff's electronics store on or about May 29, 2020. (Complaint, ¶ 4.) The Action alleges Defendant Wesco breached its obligations in connection with its investigation of the claim and wrongfully denied the claim. (Complaint, ¶¶ 8, 9.)

/ / /

5. Plaintiff asserts causes of action for breach of contract and breach of the implied covenant of good faith and fair dealing. (Complaint ¶¶, 18-37.)

## NOTICE OF REMOVAL IS TIMELY

6. On February 16, 2022, Wesco was served with a copy of the Summons and Complaint in the Action. As Wesco seeks removal before the 30 days have elapsed after summons and complaint are served, the notice of removal is timely. 28 U.S.C. § 1446(b); Fed. R. Civ. P. 6(a).

## VENUE AND INTRADISTRICT ASSIGNMENT

7. The Action was filed in the Superior Court of the State of California, County of Los Angeles. Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 84(c)(1), 1391, 1441(a), and 1446.

## COMPLETE DIVERSITY EXISTS BETWEEN PLAINTIFF AND DEFENDANT

8. A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business" for the purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

9. Defendant Wesco is a Delaware corporation with its principal place of business in Ohio.

10. Plaintiff Discount Electronics, Inc. is a California corporation with its principal place of business in California. (Complaint, ¶ 2.)

11. The remaining "DOE" defendants are fictitiously-named, therefore their citizenship need not be considered for purposes of removal. 28 U.S.C. § 1441(b)(1); *Newcombe v. Adolf Coors Co.*, 157 F. 3d 686, 690 (9th Cir. 1998). Additionally, the fictitiously-named defendants need not consent to removal. *Fristoe v. Reynolds Metals Co.*, 615 F. 2d 1209, 1213 (9th Cir. 1980).

12. As a result, the diversity requirement is satisfied because the parties are of diverse citizenship and none of the defendants is a citizen of the state in which the action is pending (California). 28 U.S.C. § 1332(a).

**THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED**

13. The amount in controversy exceeds $75,000, exclusive of interest and costs. The Complaint does not demand any specific sum but the minimum requirement for diversity jurisdiction can be determined by the nature of the claims and damages allegedly incurred.

14. Plaintiff alleges in its Complaint at ¶¶ 6, 9, 22 that Plaintiff presented a claim to Wesco. Plaintiff's verified Proof of Loss was in the amount of $347,600.00. (Declaration of Sara M. Thorpe at ¶ 7, Ex. B).

15. Plaintiff also seeks recovery of consequential damages, interest, and punitive damages, which are also considered in calculating the amount in controversy. *Campbell v. Hartford Life Ins. Co.*, 825 F. Supp. 2d 1005, 1008 (E.D. Cal. 2011); *Wolk v. Green*, 516 F. Supp. 2d 1121, 1127 (N.D. Cal. 2007).

16. Thus, plaintiff has put in controversy an amount exceeding $75,000.

**NOTICE TO PLAINTIFF**

17. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given by the undersigned to plaintiff's counsel of record, Keosian Law LLP, and a copy of the Notice of Removal will be filed with the Clerk of the Court for the Superior Court of the State of California, County of Los Angeles.

/ / /
/ / /
/ / /
/ / /

1  THEREFORE, Defendant Wesco respectfully requests that the
2 above-captioned action, pending in the Superior Court of the State of
3 California, County of Los Angeles, Case No. 22STCV05080, be removed
4 from that court to this Court.

5 Dated: March 18, 2022

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: /s/ Sara M. Thorpe
Sara M. Thorpe
Kaitlin A. Kontyko
Attorneys for Defendant Wesco
Insurance Company